IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL W. INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0037 |
| | ) | Judge Trauger |
| DARON HALL, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

The Motion to Direct Entry of Final Judgment by certain defendants (Docket No. 58) is **GRANTED**. It is hereby **ORDERED** that, pursuant to Rule 54(b), FED. R. CIV. P., there being no just reason for delay, judgment is entered in favor of defendants Sheriff Daron Hall, Austin Bodie, Sgt. Curtis Barnes, Sgt. Barbara Freeman, and Sgt. Cristofer McCutcheon.

It is so **ORDERED**.

ENTER this 30th day of July 2009.

_____
ALETA A. TRAUGER
U.S. District Judge