# LAW OFFICES
# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
## FOUNDED 1882
PAUL R. LEITNER
THOMAS A. WILLIAMS
CHARLES W. DOOLEY
GARY S. NAPOLITAN
WILLIAM E. GODBOLD III
DAVID W. NOBLIT
JOHN B. CURTIS, JR.
KELLY PETERS KIRKLAND
STEVEN W. KEYT
J. FRANK THOMAS II
C. DOUGLAS DOOLEY
ALAN B. EASTERLY
MARC H. HARWELL
RICHARD C. MANGELSDORF, JR.
D. RANDALL MANTOOTH
DANA C. HOLLOWAY
TIMOTHY W. CONNER
REID D. LEITNER
D. SCOTT BENNETT
THOMAS P. CASSIDY, JR.
CHARLES W. POSS
GEORGE H. RIEGER II
LAWRENCE W. WHITE
THOMAS J. DEMENT II
KAREN G. CRUTCHFIELD
RONALD L. HARPER
MICHAEL D. NEWTON
MOLLY A. GLOVER
JAMES P. CATALANO
DAVID E. LONG
M. ANDREW PIPPENGER
LORI D. PARISH
CRAIG R. ALLEN
JOHN M. HULL
KRISTIN M. CABAGE
BRAD A. FRASER
PAMELA B. JOHNSON
SEAN W. MARTIN
CHERIE D. JEWELL
BRUCE D. GILL
LAUREL C. BALL
STEPHEN B. MORTON
C. CHRISTOPHER BROWN
THOMAS O. SIPPEL
JAY M. ATKINS
R. SCOTT VINCENT

LYNN V. LAWYER
BARRET S. ALBRITTON
JOSHUA A. WOLFE
AMANDA E. KELLEY
DAVID M. RICH
CANDICE C. LAINE
CARMEN Y. WARE
MEREDITH BALTHROP WEAVER
CATHERINE E. CUNNINGHAM
HEATHER FLOYD MAGNUSON
KENNETH D. VEIT
JASON R. HOLLINGSWORTH
TRACY A. OVERSTREET
DÉSIRÉE I. HILL
TYLER D. SMITH
BRADLEY C. BURNETTE
BENJAMIN T. REESE
J. PAUL BREWER
STEVEN N. SNYDER
JAMES F. EXUM III
NICOLE M. GRIDA
DENNIS G. SADLER
FRANK L. DAY
EMILY B. VANN
DAVID A. CHAPMAN
M. DEAN NORRIS
JONATHAN W. DOOLAN
JOEY C. JOHNSEN
PAUL P. BLAKE
RODRICK D. HOLMES
ADAM F. RUST
ADAM G. RUSSELL
RYAN C. DREKE
MARY C. DECAMP
LINDSEY A. GREER
ERIC J. LEWELLYN
ROBERT L. GATEWOOD, JR.
CHRISTEN C. BLACKBURN
ASHLEY M. JACKS
JEFFREY E. NICOSON
CHARLOTTE S. WOLFE
BRIAN F. WALTHART

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE
37402-2621
(423) 265-0214
FAX (423) 266-5490
FAX (423) 267-6625
E-MAIL: paul.leitner@leitnerfirm.com

PLEASE REPLY TO

CHATTANOOGA OFFICE

OF COUNSEL:
ANTHONY M. NOEL
L. HUGH KEMP
J. GREGORY GRISHAM

414 UNION STREET, SUITE 1900
BANK OF AMERICA PLAZA
NASHVILLE, TENNESSEE 37219-1782
(615) 255-7722
FAX (615) 780-2210

180 MARKET PLACE BOULEVARD
KNOXVILLE, TENNESSEE 37992
(865) 523-0404
FAX (865) 673-0260

BRINKLEY PLAZA, SUITE 800
80 MONROE AVENUE
MEMPHIS, TENNESSEE 38103
(901) 527-0214
FAX (901) 527-8224

1410-2 CHATTANOOGA AVENUE
DALTON, GEORGIA 30722
(706) 270-0222
FAX (706) 270-0021

F.I.N. 62-0520912

August 5, 2009

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**NUMBER 7005 1820 0008 0453 7815**

Mr. Michael W. Ingram
No. 135345 Davidson County Criminal
Justice Center
448 Second Avenue, North
Nashville, Tennessee 37201

      RE:    Michael W. Ingram v. Daron Hall, et. al., No.: 3:09-MC-00037
              In the United States District Court for the Middle District of Tennessee

Dear Mr. Ingram:

      We acknowledge receipt of your letter addressed to me dated July 26, 2009, as of August 4, 2009, in our Chattanooga office. We also acknowledge receipt of a copy of a Motion to File an Amended Complaint, Proposed Amended Complaint, First Set of Interrogatories and First Requests for Production of Documents.

      You indicated you have received a Notice of Service for Discovery, but that you have not received our Interrogatories or Requests for Production addressed to you. We do not understand this, because we did serve it by Certified Mail and received a Track & Confirm from the United States Postal Service indicating that the envelope from us to you was delivered at 5:12 a.m. on July 9.

**EXHIBIT 1**

In any event, we are re-serving our Interrogatories and Requests for Production at this time, and a copy of those documents is enclosed herewith.

Your proposed Amended Complaint includes the following new names:

* "Allen Bradley Lloyd Management, Inc." is unknown to our client. The correct name of the party contracting with Davidson County is "ABL Management, Incorporated"

* "ABL Food Service" – ABL Management, Inc. does not use that name.

* "Vicki Jenkins" – We assume this is Vickie Jenkins, current employee.

* "REytchison" – We assume this is Richard Eytchison, previous employee.

* "Danna Akins" – We assume this is Dana Akins, current employee.

* "Bakette L." – We assume this is Babette Lanius, current employee.

* "Ms. Lon Kid"- This is a name not known to ABL Management, Inc.

Total enclosures are as follows:

1. Letter of Attorney Paul Brewer of July 7 to you;

2. Track & Confirm Search Results from the United States Postal Service;

3. First Set of Interrogatories of ABL Management, Inc.; V. Dulin and V. Jenkins;

4. First Requests for Production.

The Rules require that you answer the Interrogatories under oath and respond to the Requests for Production within thirty-three (33) days from August 5.

Very truly yours,

PAUL R. LEITNER
For the Firm

PRl:sln
Enclosures:   As noted above

cc:   J. Paul Brewer, Esq. (w/enclosures)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC
801 BROAD STREET • THIRD FLOOR
CHATTANOOGA, TENNESSEE 37402

Attn: PRL

1005-20404058

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Ingram
No 135345 Davidson
County Criminal Justice Center
448 2nd Avenue North
Nashville TN 37201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0008 0453 7815

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To Michael Ingram
Street, Apt. No.; or PO Box No. 448 2nd Ave N
City, State, ZIP+4 Nashville TN 37201

7005 1820 0008 0453 7815

PS Form 3800, June 2002                See Reverse for Instructions