IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL W. INGRAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARON HALL, SHERIFF; AUSTIN BODIE, ) <br> ADMINISTRATOR; ABL FOOD ) <br> SERVICE, INC.; JERRY MATHES, ) <br> FOOD SERVICE DIRECTOR; V. DULIN, ) <br> FOOD SERVICE DIRECTOR; SGT. BARNES, ) <br> DAVIDSON COUNTY SHERIFF'S OFFICE; ) <br> SGT. FREEMAN, DAVIDSON COUNTY ) <br> SHERIFF'S OFFICE; SGT. McCUTCHEON, ) <br> DAVIDSON COUNTY SHERIFF'S OFFICE, ) <br> ) <br> Defendants. ) | Civil Action No. 3:09-CV-00037 <br><br> JUDGE TRAUGER <br><br> MAGISTRATE KNOWLES |

## AFFIDAVIT OF BABETTE LANIUS

Babette Lanius, after being duly sworn in accordance with the law, deposes and testifies as follows:

1. I am a resident of Ponchatoula, Louisiana. I am an adult over eighteen (18) years of age. The matters in this Affidavit are made of my personal knowledge. They are facts and opinions which I believe would be admissible in evidence and I affirmatively state that I am competent to testify to the matters contained herein.

2. From April 2004 to the present, I have served as the Corporate Dietitian for ABL Management, Inc. My qualifications to testify as a dietitian and expert witness are listed on Exhibit 1 to this Affidavit. I confirm that they are accurate and up-to-date.

3. Someone at the Davidson County Justice Center contacted me and asked me to prepare a vegetarian diet for Michael Ingram. An official of the Davidson County Justice Center

(the "Facility") is required to designate a special diet for any inmate. Exhibit 2 is a copy of the Inmate Special Diet generated by the Facility. There are various kinds of medical diets for inmates with different medical conditions. A vegetarian diet is not a medical diet, but is a religious diet, and is normally designated by a chaplain.

4. After being requested to designate a religious vegetarian diet with no beans for Michael Ingram, I originally prepared a one-page diet, which is Exhibit 3 to this Affidavit.

5. After that diet had been placed into service, I was contacted again by someone from the Facility and asked to prepare a diet for Michael Ingram that had more variety and that did not contain beans. I prepared a 7-day <u>Lacto-Ovo</u> vegetarian no beans diet, which is attached as Exhibit 4, which is 2 pages. This diet was generated on June 23, 2009.

6. There are over 2,900 calories in the regular diet fed to the general population. 2,700 calories is adequate for a man of Michael Ingram's age. My goal is to have more than 2,700 calories in a vegetarian diet.

7. I have analyzed the diet that I later wrote for Michael Ingram, which is Exhibit 4. The seven (7) day average for this diet is 3,135 calories daily.

8. The <u>Lacto-Ovo</u> vegetarian no beans diet was requested by the officials of the Facility and Exhibits 3 and 4 are adequate diets for the maintenance of good health of Michael Ingram, and they are in accordance with all the standards of the dietary industry.

9. I have signed the <u>Lacto-Ovo</u> vegetarian no beans diet above the "Saturday" column. Following my name, the letters MS stand for Master of Science, the letters LDN stand for Licensed Dietitian, and the letter N stands for Nutritionist.

10. All opinions expressed in this Affidavit are made with reasonable scientific certainty.

2
C:\Documents and Settings\rmclaren\Local Settings\Temporary Internet Files\OLKE\Lanius-Affidavit-SandeeScott-changes9 2 (00754383) (2).DOC
Case 3:09-cv-00037   Document 77-5   Filed 11/04/2009   Page 2 of 10

FURTHER, DEPONENT SAITH NOT.

*Babette Lanius*
Babette Lanius

STATE OF LOUISIANA )
PARISH OF EAST BATON ROUGE)

On this 9th day of SEPTEMBER 2009, personally appeared Babette Lanius to me known to be the person described in the foregoing Affidavit and the person who executed the foregoing Affidavit and acknowledged that she executed the same of her free act and deed after taking an oath.

*Rain Ledell Chaney* # 8998
Notary Public

My Commission Expires: at death

3
C:\Documents and Settings\rmclaren\Local Settings\Temporary Internet Files\OLKE\Lanius-Affidavit-SandeeScott-changes9 2 (00754383) (2).DOC

# RESUME OF DIETITIAN

## Babette G. Lanius

### EXPERIENCE:

| | |
|---|---|
| 4/2004 to Present | ABL Management, Inc.<br>Corporate Dietitian |
| 2002-2004 | Hammond Development Center, Hammond, LA<br>Registered Dietitian<br>• Complete nutritional assessments and periodic reviews for individuals with developmental disabilities<br>• Make recommendations to physicians in regards to diet changes, tube feeding, etc. to promote optimal health of the individual<br>• Participate as a member of the ID Team managing the total care of the individual |
| | Provider Options Management Service, Covington, LA<br>Food Service Manager / Clinical Dietitian<br>• Managed the food service operation of an in-patient psychiatric facility<br>• Completed nutritional assessments and reviews with in-patients<br>• Conducted nutrition education classes promoting optimum nutritional health |
| 1990-1998 | Magnolia School, Inc., Jefferson, LA<br>Food Service Manager / Clinical Dietitian<br>• Managed the food service operation of an ICF-MR facility<br>• Completed nutritional assessments and periodic reviews for individuals with developmental disabilities<br>• Made recommendations to physicians in regards to diet changes to promote optimal health of the individual<br>• Participate as a member of the ID Team managing the total care of the individual |
| 1985-1990 | Coliseum Medical Center, New Orleans, LA<br>Food Service Manage / Clinical Dietitian<br>• Managed the food service operation of an in-patient psychiatric facility<br>• Completed nutritional assessments and reviews with in-patients<br>• Participated as a member of the eating disorders team providing individual and group counseling as well as public speaking engagements |



# RESUME OF DIETITIAN (Continued)

1984-1987
Pilot Services, New Orleans, LA
Catering Director / Consultant Dietitian
- Planned and implemented catering functions for Loyola University
- Planned and implemented a nutrition program for the students of the university
- Provided diet counseling for students
- Public speaking concerning nutrition

1980-1982
Valley Food Services, Baton Rouge, LA
Coordinator of Elderly Feeding / Consultant Dietitian
- Responsible for assuring 70 elderly feeding sites met the standards of the company and the state of Louisiana
- Supervised the production of 3000 meals per day
- Implemented new procedures and fiscal accountability in hospitals
- Completed dietary audits

1979-1980
St. Frances Cabrini Hospital, Alexandria, LA
Clinical Dietitian
- Nutritional care of patients in a 300-bed hospital
- Formulated tube feedings and special diets
- Planned menus for patients and employee cafeteria
- Developed policy and procedure manuals and diet manuals
- Provided in-service training to dietary employees

## EDUCATION

1973-1979
Louisiana Tech University, Ruston, LA
- MS degree Home Economics (Graduated Summa Cum Laude)
- BS degree Dietetics
- BS degree Home Economics Education



Exhibit 2



Lacto-Ovo Vegetarian Diet No Beans — August 21, 2009

| Total Weight | 88 oz-wt |
| --- | --- |
| Serving Size | 88 oz-wt |
| Serves | 1 |
| Cost | -- |

% comparison to: US Male (19-30 years)

| Nutrient | Value | Goal % | 0  25  50  75  100 BarGraph |
| --- | --- | --- | --- |
| **Basic Components** | | | |
| Calories | 3318 | 123% | |
| Protein | 97 g | 174% | |
| Carbohydrates | 425 g | 113% | |
| Fat - Total | 146 g | 174% | |
| **Vitamins** | | | |
| Vitamin A IU | 28906 IU | 642% | |
| Thiamin-B1 | 3 mg | 256% | |
| Riboflavin-B2 | 4 mg | 272% | |
| Niacin-B3 | 32 mg | 199% | |
| Vitamin C | 131 mg | 134% | |
| **Minerals** | | | |
| Calcium | 1572 mg | 157% | |
| Iron | 28 mg | 345% | |

Bakhtu L. Lein, MS, LDN, RD



EXHIBIT 3

## RELIGIOUS
### Lacto-Ovo Vegetarian-No Beans

**Breakfast-No Meat or Meat Products**
- Fresh Fruit-1EA
- 1 Cup Hot Cereal
 or
- 4OZ Scrambled Eggs or 2 HB Eggs
- 1OZ Cheese or Peanut Butter
- 2 EA Toast, Biscuit, Waffles, Pancakes, or French Toast
- 1 TBSP Margarine
- 1 TBSP Jelly
- 1 Cup Coffee
- 2EA Sugar Packets
- 1 cup Reduced Fat Milk

**Lunch-No Meat or Meat Products**
- 2 OZ Cheese, Peanut Butter, or Egg
- 4 Slices Bread
- 1EA Mayonnaise Packet
- 1EA Mustard Packet
- 1C Vegetable Sticks
- 1 Serving Dessert
- Beverage with Vitamin C

**Supper-No Meat or Meat Products**
- 2 OZ Cheese, Peanut Butter, or Egg
- 1 Cup Potatoes, Rice, or Noodles
- 1/2C Seasoned Vegetable or 1/2C Salad with Dressing
- 4 Slices Bread
- 1 TBSP Margarine
- 1 Serving Dessert
- 1 cup Reduced Fat Milk

# 7 Day Average-Lacto-Ovo Veg-No Beans

August 20, 2009

Total Weight: 570 oz-wt
Serving Size: 81 oz-wt
Serves: 7
Cost: --

% comparison to: US Male (19-30 years)



| Nutrient | Value | Goal % |
|---|---|---|
| **Basic Components** | | |
| Calories | 3135 | 116% |
| Protein | 90 g | 160% |
| Carbohydrates | 433 g | 116% |
| Fat - Total | 120 g | 143% |
| **Vitamins** | | |
| Vitamin A IU | 8295 IU | 184% |
| Thiamin-B1 | 2 mg | 208% |
| Riboflavin-B2 | 3 mg | 244% |
| Niacin-B3 | 27 mg | 168% |
| Vitamin C | 142 mg | 158% |
| **Minerals** | | |
| Calcium | 1463 mg | 146% |
| Iron | 23 mg | 285% |

# Lacto-Ovo Vegetarian-No Beans

| SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|
| Lacto-Ovo Vegetarian-No Beans | Lacto-Ovo Vegetarian-No Beans | Lacto-Ovo Vegetarian-No Beans | Lacto-Ovo Vegetarian-No Beans | Lacto-Ovo Vegetarian-No Beans | Lacto-Ovo Vegetarian-No Beans | Lacto-Ovo Vegetarian-No Beans |
| Breakfast-No Meat or Meat Products | Breakfast-No Meat or Meat Products | Breakfast-No Meat or Meat Products | Breakfast-No Meat or Meat Products | Breakfast-No Meat or Meat Products | Breakfast-No Meat or Meat Products | Breakfast-No Meat or Meat Products |
| Fresh Orange 1EA | Fresh Orange 1EA | Fresh Orange 1EA | Fresh Orange 1EA | Fresh Orange 1EA | Fresh Orange 1EA | Fresh Orange 1EA |
| 1C Oatmeal | 1C Grits | 1C Cornflakes | 1 Cup Oatmeal | 1 Cup Grits | 1C Cornflakes | 1C Grits |
| 3OZ Scrambled Eggs | 3OZ Scrambled Eggs | 3OZ Scrambled Egg Biscuits-2 | 3OZ Scrambled Eggs Pancakes-2EA | 3OZ Scrambled Eggs 2 Slices Bread | 3OZ Scrambled Egg Biscuits-2 | 3OZ Scrambled Eggs 2 Waffles |
| 2 Waffles | 2 Waffles | 1 TBSP Margarine | 1 TBSP Margarine | 1 TBSP Margarine | 1 TBSP Margarine | 1 TBSP Margarine |
| 1 TBSP Margarine | 1 TBSP Margarine | 1 TBSP Jelly | 2TBSP Syrup | 1 TBSP Jelly | 1 TBSP Jelly | 2TBSP Syrup |
| 1 TBSP Jelly | 2TBSP Syrup | 1 Cup Coffee | 1 Cup Coffee | 1 Cup Coffee | 1 Cup Coffee | 1 Cup Coffee |
| 1 Cup Coffee | 1 Cup Coffee | 2EA Sugar Packets | 2EA Sugar Packets | 2EA Sugar Packets | 2EA Sugar Packets | 2EA Sugar Packets |
| 2EA Sugar Packets | 2EA Sugar Packets | 1 cup Reduced Fat Milk | 1 cup Reduced Fat Milk | 1 cup Reduced Fat Milk | 1 cup Reduced Fat Milk | 1 cup Reduced Fat Milk |
| 1 cup Reduced Fat Milk | 1 cup Reduced Fat Milk | Lunch-No Meat or Meat Products | Lunch-No Meat or Meat Products | Lunch-No Meat or Meat Products | Lunch-No Meat or Meat Products | Lunch-No Meat or Meat Products |
| Lunch-No Meat or Meat Products | Lunch-No Meat or Meat Products | 2OZ Peanut Butter | 2OZ Cheese | 2OZ Peanut Butter | 2 Hard Boiled Eggs | 2OZ Peanut Butter |
| 2OZ Cheese | 2OZ Peanut Butter | 2TBSP Jelly | 4 Slices Bread | 2TBSP Jelly | 4 Slices Bread | 2TBSP Jelly |
| 2TBSP Jelly | 2TBSP Jelly | 2 Hard Boiled Eggs | 1EA Mayonnaise Packet | 4 Slices Bread | 1EA Mayonnaise Packet | 4 Slices Bread |
| 4 Slices Bread | 4 Slices Bread | 4 Slices Bread | 1EA Mustard Packet | Celery Sticks-1/2C | 1EA Mustard Packet | Celery Sticks-1/2C |
| 1EA Mayonnaise Packet | Celery Sticks-1/2C | 1EA Mayonnaise Packet | Carrot Sticks-1/2C | Glazed Cake | Bell Pepper Strips-1/2C | Glazed Cake |
| 1EA Mustard Packet | Glazed Cake | 1EA Mustard Packet | Glazed Cake | Beverage with Vitamin C | Glazed Cake | Beverage with Vitamin C |
| Carrot Sticks-1/2C | Beverage with Vitamin C | Bell Pepper Strips-1/2C | Beverage with Vitamin C | | Beverage with Vitamin C | |
| Glazed Cake | | Glazed Cake | | | | |
| Beverage with Vitamin C | | Beverage with Vitamin C | | | | |
| | Supper-No Meat or Meat Products | Supper-No Meat or Meat Products | Supper-No Meat or Meat Products | Supper-No Meat or Meat Products | Supper-No Meat or Meat Products | Supper-No Meat or Meat Products |
| Supper-No Meat or Meat Products | 1 cup Rice with Margarine | 2OZ Peanut Butter | 2 Hard Boiled Eggs | 2OZ Cheese | 2OZ Peanut Butter | 2OZ Cheese |
| 2 Hard Boiled Eggs | 1/2C Coleslaw | 2 TBSP Jelly | 1 Cup Mashed Potatoes with Margarine | 1 cup Rice with Margarine | 2 TBSP Jelly | 1 cup Rice with Margarine |
| 1 cup Mashed Potatoes with Margarine | 4 Slices Bread | 1 cup Noodles with Margarine | 1/2C Cooked Cabbage | 1/2C Coleslaw | 1 cup Noodles with Margarine | 1/2C Cooked Cabbage |
| 1/2C Tossed Salad/Dressing | 1 TBSP Margarine | 1/2C Tossed Salad/Dressing | 4 Slices Bread | 4 Slices Bread | 1/2C Tossed Salad/Dressing | 4 Slices Bread |
| 4 Slices Bread | Glazed Cake | 4 Slices Bread | 1 TBSP Margarine | 1 TBSP Margarine | 4 Slices Bread | 1 TBSP Margarine |
| 1 TBSP Margarine | 1 cup Reduced Fat Milk | 1 TBSP Margarine | Glazed Cake | Glazed Cake | 1 TBSP Margarine | Glazed Cake |
| Glazed Cake | | Glazed Cake | 1 cup Reduced Fat Milk | 1 cup Reduced Fat Milk | Glazed Cake | 1 cup Reduced Fat Milk |
| 1 cup Reduced Fat Milk | | 1 cup Reduced Fat Milk | | | 1 cup Reduced Fat Milk | |

EXHIBIT 4

# 7 Day Average-Lacto-Ovo Veg-No Beans

August 20, 2009

Total Weight: 570 oz-wt
Serving Size: 81 oz-wt
Serves: 7
Cost: --



% comparison to: US Male (19-30 years)   Bar Graph

| Nutrient | Value | Goal % | 0 | 25 | 50 | 75 | 100 |
|---|---|---|---|---|---|---|---|
| **Basic Components** | | | | | | | |
| Calories | 3135 | 116% | | | | | |
| Protein | 90 g | 160% | | | | | |
| Carbohydrates | 433 g | 116% | | | | | |
| Fat - Total | 120 g | 143% | | | | | |
| **Vitamins** | | | | | | | |
| Vitamin A IU | 8295 IU | 184% | | | | | |
| Thiamin-B1 | 2 mg | 208% | | | | | |
| Riboflavin-B2 | 3 mg | 244% | | | | | |
| Niacin-B3 | 27 mg | 168% | | | | | |
| Vitamin C | 142 mg | 158% | | | | | |
| **Minerals** | | | | | | | |
| Calcium | 1463 mg | 146% | | | | | |
| Iron | 23 mg | 285% | | | | | |