# DAVIDSON COUNTY SHERIFF'S OFFICE
## Inmate Grievance Report

01/30/2009

| CIS No. | OCA No. | Inmate Name | Housing Location | Security Level | SRA |
|---|---|---|---|---|---|
| 389058 | 135345 | INGRAM, MICHAEL | CJC-2-E-1-1 | Medium | MW40 |

**Date Received:** 12/28/2008
**Initiated Facility:** CJC
**Userid:** educan
**Functional Area:** Food Services
**Type:** Diet
**Status:** Closed - Unsustained
**Officer:**

**Description:** On 12-22-08 at lunch time I went out for lunch, and ABL hadn't sent up a tray for me. Officer Lowe had called down to ABL to get a tray for me. Officer Lowe informed ABL that I was vegetarian. They replied that it wasn't on my tag, and my tag only stated that I was allergic to beans. I have a large number of tags that state I'm a vegetarian. I had to starve today and be refused to eat by ABL.

**Status:** Closed - Unsustained
**Response Due Date:** 01/06/2009

| No. | Type | Date Sent | Sent To | Comments |
|---|---|---|---|---|
| 1 | ORIGINAL | 12/28/2008 | V. DULIN | |

**Date Response Received:** 12/29/2008
**Investigating Officer:** REYTCHISON
**Status:** Closed - Unsustained
**Position:** FSD

**Response:** IN RESPONCE TO YOUR GREIVANCE WE ONLY SHOW THAT YO AREALLERGIC TO BEANS. THIS WANT MEDICAL HAS SENT TO ABL.

**Status:** Closed - Unsustained
**Inmate Notified?** ☒ **Date:** 01/02/2009

**EXHIBIT 6**

# DAVIDSON COUNTY SHERIFF'S OFFICE
## Inmate Grievance Report

01/30/2009

| CIS No. | OCA No. | Inmate Name | Housing Location | Security Level | SRA |
|---|---|---|---|---|---|
| 389058 | 135345 | INGRAM, MICHAEL | CJC-2-E-1-1 | Medium | MW40 |

Date Received: 12/31/2008
Initiated Facility: CJC
Userid: eduncan
Functional Area: Food Services
Type: Diet
Status: Closed - Unsustained
Officer:

Description: I'm sick and tired of having to go hungry everyday, because ABL shorts me on my dinner. When you take the beans & Meat off the tray, you have to give me something to make up for the difference. It's been a year now and your still messing my meals up and causing me to starve. The Officers have gotten sick of having to deal with ABL on an everyday bases.

Status: Closed - Unsustained
Response Due Date: 01/09/2009

| No. | Type | Date Sent | Sent To | Comments |
|---|---|---|---|---|
| 1 | ORIGINAL | 12/31/2008 | V. DULIN | |

Date Response Received: 12/31/2008
Investigating Officer: REYTCHISON
Status: Closed - Unsustained
Position: FSD

Response: IN RESPONCE TO YOUR GREIVANCE AS FSD I WILL MAKE SURE THAT YOUR TRAY IS MADE CORRECTLY. I WILL ENSURE THAT MY STAFF CHECK YOUR TRAY ALSO.

Status: Closed - Unsustained
Inmate Notified? Date: 01/02/2009