IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MICHAEL W. INGRAM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09-CV-00037 |
| | ) | |
| **DARON HALL, SHERIFF; AUSTIN BODIE, ADMINISTRATOR; ABL FOOD SERVICE, INC.; JERRY MATHES, FOOD SERVICE DIRECTOR; V. DULIN, FOOD SERVICE DIRECTOR; SGT. BARNES, DAVIDSON COUNTY SHERIFF'S OFFICE; SGT. FREEMAN, DAVIDSON COUNTY SHERIFF'S OFFICE; SGT. McCUTCHEON, DAVIDSON COUNTY SHERIFF'S OFFICE,** | ) ) ) ) ) ) ) ) ) ) | MAGISTRATE KNOWLES |
| Defendants. | ) | |

**NOTICE OF FILING IN SUPPORT OF
ABL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come the ABL defendants who have been served with service of process: ABL Management, Incorporated (erroneously sued as ABL Food Service), V. Dulin, R. Eytchison, V. Jenkins, Dana Akins, and Babette Lanius, by and through counsel, and hereby give notice of their filing of *Plaintiff's Responses to Defendants ABL Management, Inc., V. Dulin and V. Jenkins' First Set of Interrogatories* in support of ABL Defendants' Motion for Summary Judgment.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: s/ Paul R. Leitner
    **PAUL R. LEITNER (BPR #001682)**
    801 Broad Street, Third Floor
    Chattanooga, TN 37402
    (423) 265-0214

By: s/ J. Paul Brewer
    **J. PAUL BREWER – (BPR #25289)**
    414 Union Street, Suite 1900
    Bank of America Plaza
    Nashville, TN 37219
    Telephone: (615)255-7722
    Telecopier: (615)780-2210

*Attorneys for Defendants, ABL Management,
Incorporated, V. Dunlin, R. Eytchison and
V. Jenkins, Dana Akins, and Babette Lanius*

# CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

> James W.J. Farrar, Esq. and
> Francis Howard Young, Esq.
> Metropolitan Legal Department
> P.O. Box 196300
> Nashville, TN 37219
> *Attorneys for Daron Hall, Austin Bodie,*
> *and Sgts. Freeman, McCutcheon and Barnes*

Further, I hereby certify that a true and exact copy of the foregoing document has been served on Pro Se Defendant, Michael W. Ingram, via U.S. Mail, postage prepaid at the following address:

> Michael W. Ingram
> No. 135345 CJC
> 448 Second Avenue, North
> Nashville, TN 37201

This <u>4th</u> day of November, 2009.

> By: s/ Paul R. Leitner