**RECEIVED**
IN CLERK'S OFFICE
DEC - 1 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

In The United States District Court for The Middle District of Tennessee

Michael W. Ingram

    Plaintiff

    vs.

ABL Management Inc
Venestine Dulin
Jerry Mathis, SR.
Vicky Jenkins
Richard Eytchison
Dana Akins
Babette Lanius

    Defendants

Civil Action NO.
3:09 - 0037

Judge's, Trauger/Knowles

Motion to Respond Against Defendants Motion for Their Summary Judgment.

"Reasons and proof" Against as to why the Defendants Should not be granted the Summary Judgement.

1.) I have a Jail Incident Report Dated for 6/02/09 That will show where ABL Management, Inc. and staff workers refused to Feed me Lunch on this day. In the ABL "Collective Exhibit 3" sent to me on 11-09-09.

where the Plaintiffs signed receipt for meals from Feb - Oct 2009, Bates Nos. 00359-00946 But not to exclude Bates Nos. 00972-11115 For Added diet sheets that Plaintiff had to sign proving I recieved my meals. In these Bate's No's Of signed Diets Sheets, the corurt will see the Dates That I the Plaintiff was in Fact "Not Fed." Dates Like.

(A.) 3-29-09 Lunch

(B.) 4-06-09 Dinner & Lunch

(C.) 4-07-09 Breakfast

(D.) 4-21-09 Breakfast & Lunch

(E.) 5-14-09 Lunch

(F.) 6-02-09 Lunch (Falsified Document shown)

(G.) 9-04-09 Dinner

(H.) 10-23-09 Lunch & Dinner

(I.) 10-27-09 Lunch

ABL Management Inc, Staff here at C.J.C, Nashville Tenneessee Would tell Austin Bodie the Jail Administrator that I was in fact eating, signing and/or recieving my meals when in fact I was not. ABL can not produce these Documents Unless falsifing like 6-02-09 was Falsified for/and to show Mr Bodie some type Of Documents. You can see Falsifing of the Document as well you can hold it up to the Light and Line everything up.

The Jail Incident Report is marked Exhibit 1.
and the ABL Collective Exhibit 3 will be the
Plaintiff's Exhibit 2.

2.) I have a "Jail Contact Log Report" That will be marked
As Exhibit 3 that will Show the court that I had
truble out of ABL Management Inc and staff over and
over serving me the same "Un-Nutritious" meals that
Lacked the "Nutrients" Needed to servive without
Sickness and headach's for good Health.
Exhibit 3 will only help to prove this above and to
also show the courts the Officers (wittnesses) that ABL
Management Inc and staff keepted serving me Beans.
Exhibit 3 will also use Defendants Exhibit 4
Bates No's 00948-00961 to show that I the Plaintiff.
Was in fact not getting the "Nutritions" meals like ABL
Management Inc says.

3.) Copys of the Inmate Grievance Reports will show
and prove that I complained of Rice and Beans all
the time, food served cold to me, Not the right
amount of Grams of food, Low or no protein most
of the time, Will also show the court where the
"C.J.C. Staff told and complained to the C.J.C.
"Lieutenant" that my meals were a "Constant Daily Issue"
Dealing with ABL's mistakes. This will be Marked

as Exhibit 5 for all the Inmate Grievance Reports and Responces.

4.) Exhibit 6 is a response from the C.C.J. Jail Administraor Austin Bodie agreeing with me that the ABL Management Inc and the staff issues are a constant problems. 9 Grievances all (sustained) Yet the problems still to this day continue.

5.) Exhibit's No. 7 is a Lawsuite page showing the Suites against ABL Management Inc, however, This is not all the Suites against them.

6.) Exhibit 8 is an add from the Tennessean News paper where the Public was informed of the ruling Judge Todd Campbell made to have an inmate moved because of the Food Service Provider ABL Management, Inc.

7.) Exhibit 9 is the Ruling handed down from Federal Judge Todd Campbell that will Prove and only back up my case for the way ABL Management Inc. has been treating me.

8.) Exhibit 10 and Exhibit 11 are provided by the Correct Care Solutions (C.C.S.) here at C.J.C. and it shows where even they have known that I was a Vegetarian and allergic to beans since my stay here at C.J.C.

9.) Exhibit 12 is just a few copy of the Fraudulent Action that goes on in the ABL Management Inc kitchen here at C.J.C.

Respectfully Submitted

Michael W. cler

A copy of this motion was also sent via U.S. Mail to:

Paul R. Leitner
801 Broad Street, Third Floor
Chattanooga TN 37402