RECEIVED
IN CLERK'S OFFICE
DEC - 1 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

11-24-09

In Closed are Motions & copys of the following:

1.) Motion to Respond Against Defendants Motion for Summary Judgment

2.) Affidavit of Michael W. Ingram

3.) Exhibit 1, Jail Incident Reports
4.) Exhibit 2, will bring the Defendants Collective Exhibit 3 against them.
5.) Exhibit 3, Jail Contact Log Reports
6.) Exhibit 4, Menu
7.) Exhibit 5, Inmate Grievance Reports
8.) Exhibit 6, Grievance Response from C.J.C. Austin Bodie
9.) Exhibit 7, Proof of ABL's Troubles around the Country
10.) Exhibit 8, Story in the Tennessean News
11.) Exhibit 9, State (United) of America V. Tellis T. Williams
12.) Exhibit 10 & 11, Medical Sheets
13.) Exhibit 12, Diet Signature Sheets
14.) Exhibit 13, Licensure Verification Facts Sheet
15.) Statement of Material Facts & Answers.