IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL W. INGRAM, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DARON HALL, SHERIFF; AUSTIN BODIE, )<br>ADMINISTRATOR; ABL FOOD )<br>SERVICE, INC.; JERRY MATHES, )<br>FOOD SERVICE DIRECTOR; V. DULIN, )<br>FOOD SERVICE DIRECTOR; SGT. BARNES, )<br>DAVIDSON COUNTY SHERIFF'S OFFICE; )<br>SGT. FREEMAN, DAVIDSON COUNTY )<br>SHERIFF'S OFFICE; SGT. McCUTCHEON, )<br>DAVIDSON COUNTY SHERIFF'S OFFICE, )<br>)<br>   Defendants. ) | Civil Action No. 3:09-CV-00037<br><br>MAGISTRATE KNOWLES |

### ABL DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT

Come the ABL defendants who have been served with service of process; ABL Management, Incorporated (erroneously sued as ABL Food Service), V. Dulin, R. Eytchison, V. Jenkins, Dana Akins, and Babette Lanius, by and through counsel, and hereby move this Honorable Court to grant them leave to supplement their Motion for Summary Judgment. In support of their motion, Defendants state as follows:

### PROCEDURAL HISTORY

In its Scheduling Order, this Court set January 18, 2010, as the dispositive motion deadline. (Document Entry 51). Pursuant to the Scheduling Order, a party against whom a dispositive motion has been filed has thirty (30) days to file a response. (Document Entry 51). On November 4, 2009, Defendants filed their Motion for Summary Judgment. (Document Entry

77). On December 1, 2009, Plaintiff filed his response to Defendants' Motion for Summary Judgment. (Document Entry 84). On December 14, 2009, counsel for Defendants took Plaintiff's deposition. On December 16, 2009, Plaintiff filed a supplement to his response to Defendants' Motion for Summary Judgment. (Document Entry 92).

## **ARGUMENT**

Defendants request that this Court grant them leave to file a supplement to their Motion for Summary Judgment. Defendants believe that certain portions of Plaintiff's deposition testimony will support their position for summary judgment. Further, Defendants believe that certain portions of Plaintiff's deposition testimony will assist this Court in making its determination as to Defendants' Motion for Summary Judgment. Finally, Defendants assert that Plaintiff will not be prejudiced by the Court allowing Defendants to supplement their Motion for Summary Judgment.

## **CONCLUSION**

Based upon the foregoing, Defendants hereby request that this Court grant them leave to supplement their Motion for Summary Judgment. Given the upcoming Holiday Season, Defendants request that this Court give them until the original dispositive motion deadline of January 18, 2010 to supplement their motion.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: s/ Paul R. Leitner
    **PAUL R. LEITNER (BPR #001682)**
    801 Broad Street, Third Floor
    Chattanooga, TN 37402
    (423) 265-0214


By: s/ J. Paul Brewer
    **J. PAUL BREWER – (BPR #25289)**
    414 Union Street, Suite 1900
    Bank of America Plaza
    Nashville, TN 37219
    Telephone: (615)255-7722
    Telecopier: (615)780-2210

*Attorneys for Defendants, ABL Management,
Incorporated, V. Dunlin, R. Eytchison and
V. Jenkins, Dana Akins, and Babette Lanius*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

> James W.J. Farrar, Esq. and
> Francis Howard Young, Esq.
> Metropolitan Legal Department
> P.O. Box 196300
> Nashville, TN 37219
> *Attorneys for Daron Hall, Austin Bodie,*
> *and Sgts. Freeman, McCutcheon and Barnes*

Further, I hereby certify that a true and exact copy of the foregoing document has been served on Pro Se Defendant, Michael W. Ingram, via certified, return receipt requested, U.S. Mail, postage prepaid at the following address:

> Michael W. Ingram
> No. 135345 CJC
> 448 Second Avenue, North
> Nashville, TN 37201

This 21st day of December, 2009.

By: s/ J. Paul Brewer