IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL W. INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0037 |
| ) | Judge Trauger |
| DARON HALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 31, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 102), to which the plaintiff has filed a response (Docket No. 105). Pursuant to Rule 72(b), FED. R. CIV. P., and 28 U.S.C. § 636(b)(1)(C), this court must review *de novo* any portion of the Report and Recommendation to which a specific objection is made. *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001); *Massey v. City of Ferndale*, 7 F.3d 506, 510 (6th Cir. 1993).

This response by the *pro se* plaintiff can hardly be considered specific objections to the Report and Recommendation, as they appear to be simply a reassertion of the plaintiff's original position. This document states, in part: "If I could get the Filling Fees off my Back . . ., I would be happy to let all this go. . . . I am no longer at C.J.C. so I do not have to deal with ABL Food Service any longer. . . . I know that you are going to ruel in Judge Knowles favor, so all Im asking is that the courts re-lease me from the Filling Fees." (Docket No. 105)

To the extent that the plaintiff's filing can be considered objections to the Report and Recommendation, they are **OVERRULED**. The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed

1

therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants ABL Food Services, Inc., Vernistine Dulin, Vicky Jenkins, Dana Akins, Babette Lanius, and Richard Eytchison (Docket No. 77) is **GRANTED**, and all claims against these defendants are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the claims against defendant Jerry Mathis and "Lon Kidd" are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

All claims against all defendants having been dismissed, the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 28th day of April 2010.

ALETA A. TRAUGER
U.S. District Judge